# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Aethra Sistemas Automotivos, S.A.,

    Plaintiff,

vs.

Addison Mckee, Inc.,

    Defendant.

Case No. 1:11cv846

Bertelsman, J.
Bowman, M.J.

## ORDER

Counsel are ordered to file a Joint Status Report by November 30, 2012.

*/s/ Stephanie K. Bowman*
United States Magistrate Judge